# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARISE A. CAMPBELL, | Case No.:   CV07-02104 ABC (RCx) |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; LONG TERM DISABILITY COVERAGE FOR EMPLOYEES OF D.R. HORTON INC. #502, | Before Honorable Audrey B. Collins |
| Defendants. | |

The above-captioned matter and all claims for relief therein shall be dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the disputed claim. Each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: January 31, 2008

*Audrey B. Collins*

HONORABLE AUDREY B. COLLINS
United States District Court Judge